UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAMDEO CHANKAR SINGH,

                  Plaintiff,

  -against-

MARY ANN GANTER, District Director,
U.S. CITIZENSHIP & IMMIGRATION
SERVICES,

                  Defendant.
---------------------------------------------------------------X

JUDGMENT
06-CV- 0607 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED N.Y.
★ AUG 2 3 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on August 15, 2007, denying plaintiff's application for citizenship; and dismissing the action; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's application for citizenship is denied; and that the action is dismissed.

Dated: Brooklyn, New York
       August 22, 2007

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court